| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN LOMELI-LUNA, <br><br> Defendant. | Case No.: 22CR0614-WQH <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

Upon joint motion of the parties and good cause appearing,

IT IS ORDERED that the Joint Motion to Continue is granted (ECF No. 35) and the sentencing hearing for Alan Lomeli-Luna is continued from February 26, 2025, to **May 14, 2025, at 9:00 am**.

Dated:  February 4, 2025

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court